**DAVID M. REAVES**
Chapter 12 Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone
trustee@reaves-law.com

**IN THE UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re:<br><br>DENNIS C. NOWLIN,<br><br>        Debtor. | Case No. 4:19-bk-09432-SHG<br><br>Chapter 12<br><br>**TRUSTEE'S INTERIM REPORT THROUGH SEPTEMBER 2021** |

DAVID M. REAVES, Chapter 12 trustee herein, respectfully submits the following interim report:

1. **FILING DATE:** This case was originally commenced on July 30, 2019.

2. **SECTION 341a MEETING OF CREDITORS:** The Debtors' 341(a) Meeting of Creditors was held and concluded on September 17, 2019.

3. **CHAPTER 12 PLAN:** The Debtor filed his *Chapter 12 Plan of Reorganization* on November 12, 2019 [Dkt. No. 38]. On May 13, 2020, the Debtor filed his *Amended Chapter 12 Plan of Reorganization* [Dkt. No. 57], and on January 22, 2021, was confirmed pursuant to this Court's *Stipulated Order Confirming Chapter 12 Plan of Reorganization* [Dkt. No. 85].

4. **PLAN PAYMENTS:** Pursuant to the Debtor's *Amended Chapter 12 Plan* and the *Stipulated Order Confirming Debtor's Chapter 12 Plan of Reorganization*, the

Debtor is to make plan payments in the amount of $6,975.00 per month for 60 months. The Debtor is current on his plan payments.

     5.    **PLAN DISTRIBUTIONS:** The Trustee has receipted funds in the total sum of $55,800.00, and disbursed a total of $54,300.00 (including bank fees, if any), leaving a balance of $1,500.00 held by the estate as of the date of this report. Attached as Exhibit "A" is a specific detail of all receipts and disbursements from the estate through the date of this report. The Internal Revenue Service has informed Trustee that it does not hold any claim against the Debtor herein, and did not file any claims. Because the Debtor's *Amended Chapter 12 Plan* and the *Stipulated Order Confirming Debtor's Chapter 12 Plan of Reorganization* require payments to the IRS, Trustee believes that the plan must be amended so that the funds payable to the IRS are distributed to general unsecured creditors.

     Dated this 16th day of September, 2021.

                                        By: /s/ *David M. Reaves*
                                              David M. Reaves,
                                              Chapter 12 Trustee

| | |
|---|---|
| 1 | COPY of the foregoing MAILED/EMAILED |
| 2 | this 16th day of September, 2021, to: |
| 3 | Dennis C. Nowlin |
| 4 | 14183 W. Early Road<br>Casa Grande, Arizona 85122 |
| 5 | Debtor |
| 6 | Jonathan P. Ibsen |
| 7 | CANTERBURY LAW GROUP, LLP<br>jibsen@clgaz.com |
| 8 | Attorneys for the Debtor |
| 9 | Office of the U.S. Trustee<br>USTPRegion14.PX.ECF@usdoj.gov |

/s/ *David M. Reaves*